1  Alexander G. Calfo (SBN 152891)
   *alexander.calfo@btlaw.com*
2  Kelley S. Olah (SBN 245180)
   *kelley.olah@btlaw.com*
3  **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
4  Los Angeles, California  90067
   Telephone:    (310) 284-3880
5  Facsimile:    (310) 284-3894

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. and JOHNSON &
7  JOHNSON SERVICES, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
            **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
10

11

12 | TED GINCIG, | Case No.  CV13-3181-KAW |
|---|---|
|                    Plaintiff, | **ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** |
|         v. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D., a Professional Corporation; THOMAS VAIL M.D.; JOHNSON & JOHNSON SERVICES, INC. and DOES 1 through 100, inclusive, | Trial Date:   None Set |
|                    Defendant. | |

20       TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

21       Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff TED

22 GINCIG and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON

23 SERVICES, INC., and THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL

24 CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,

25 files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

26       1.      The Parties' request for a stay of proceedings is GRANTED;

27       2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial

28 Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy*

CV13-3181-KAW

*Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 19__, 2013

_____
UNITED STATES DISTRICT JUDGE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -   CV13-3181-KAW

**ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS**